**No. 55157.**—The Alkahn Woven Label Co. et al. *v.* United States, protests 113890–K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 55158.**—B. Altman & Co. *v.* United States, protests 141058–K, etc. (New York).

Opinion by FORD, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, JANUARY 23, 1951

**No. 55159.**—Mutual Spice Co. *v.* United States, protest 165786–K (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of laurel leaves similar to those the subject of *The Levy & Levis Co., Inc.* v. *United States* (23 Cust. Ct. 8, C. D. 1180), the claim of the plaintiff was sustained.

**No. 55160.**—Leading Forwarders, Inc. *v.* United States, protest 155504–K (New York).

Opinion by EKWALL, J. It was stipulated that the Federal Reserve bank certified dual rates of exchange for the currency involved in the liquidation of the entry for the date of exportation of the merchandise covered by the entry and that the circumstances relating to the liquidation of the said entry are similar in all material respects to those in Abstract 54732. In view of this stipulation and following the cited decision it was held that the currency of the invoice should have been converted in the manner directed by the judgment of this court in said Abstract 54732, in accordance with Bureau of Customs Circular Letter No. 2675, dated October 19, 1949.